JOHN B. WALLS, Respondent, v. FRANKLIN F. WEIL, Appellant, and Others,

* See Code of Ordinances of the City of New York, chap. 5 (Building Code), §§ 191, 192.— [REP.

† See Real Prop. Law, § 259.— [REP.

Defendants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.